## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1641 | **DATE** | 4/29/2008 |
| **CASE TITLE** | Tillman vs. U.S. Energy Savings Corp | | |

**DOCKET ENTRY TEXT**

Plaintiff having complied with this court's minute order of 3/27/2008 by filing an amended complaint by 4/18/2008, this case shall hereby be reopened. Status hearing set to 5/20/2008 at 11:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | rs |
|---|---|---|