IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAMELA TILLMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 1641 |
| | ) | |
| U.S. ENERGY SAVINGS CORP., | ) | Judge Blanche M. Manning |
| | ) | |
| Defendant. | ) | Magistrate Judge Jeffrey Cole |

### NOTICE OF MOTION

To:   See Attached Service List

PLEASE TAKE NOTICE that on **May 13, 2008 at 11:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Blanche M. Manning, or any judge sitting in her stead, in the courtroom usually occupied by her in Courtroom 2125, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the **Defendant's Motion to Dismiss Plaintiff's Amend Complaint**, a copy of which is attached and hereby served upon you.

            Respectfully submitted,
            INDIANA ENERGY SAVINGS CORP.


            By: /s/ Kevin J. Clancy
              One of Its Attorneys


Martin W. McManaman (ARDC #6237665)
Kevin J. Clancy (ARDC #6217109)
Lowis & Gellen
200 West Adams Street
Suite 1900
Chicago, Illinois 60606
312-364-2500

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on May 2, 2008, he electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing all counsel of record in this case including the following.

| Plaintiff's Counsel | |
|---|---|
| Arthur S. Gold, Esq.<br>GOLD & COULSON<br>11 S. LaSalle St., Suite 2402<br>Chicago, Illinois 60603<br>Fax 312.372.0778<br>asg@gcjustice.com | |

/s/ Kevin J. Clancy