UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Pamela Tillman
                          Plaintiff,

v.                                            Case No.: 1:08−cv−01641
                                                      Honorable Blanche M. Manning

U.S. Energy Savings Corporation
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 14, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: Status hearing set for 7/15/2008 is reset to 9/4/2008 at 11:00 AM. U.S. Energy Savings motion to dismiss [13] is granted in part and denied in part. Ms. Tillman may, consistent with this order and counsels Rule 11 obligations, file an amended complaint by August 11, 2008. Enter Memorandum and Order.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.